DAVLIN, Respondent, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

For the appellant: *Shaw, Muskat & Sullivan,* attorneys, and *John L. Newman,* of counsel, all of Milwaukee.

For the respondent: *Fawsett & Shea,* attorneys, and *C. F. Mikkelson* and *Ray T. McCann,* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.


TORKE, Appellant, vs. VOGT and others, Respondents.

For the appellant: *Hammersley & Torke,* attorneys, and *Norton A. Torke,* of counsel, all of Milwaukee.

For the respondents: *Rodger M. Trump* of Milwaukee.

*By the Court.*—Judgment affirmed.


MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, vs. POCHOWSKI and wife, Respondents.

For the appellant: *Miller, Mack & Fairchild,* attorneys, and *Frederick L. Allen,* of counsel, all of Milwaukee.

For the respondents: *Kleczka & Kleczka* of Milwaukee.

*By the Court.*—Judgment affirmed.